Henry C. Bunsow (SBN 60707)
Denise M. De Mory (SBN 168076)
HOWREY SIMON ARNOLD & WHITE, LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
ULTRATECH, INC.

FILED
OCT 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ULTRATECH STEPPER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CANON, INC., and ASM LITHOGRAPHY, INC.,<br><br>Defendants. | Case No. C 00-04069 DLJ<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF ULTRATECH, INC. |

Upon consideration of plaintiff Ultratech, Inc.'s Notice of Withdrawal of Counsel, the withdrawal of counsel is so ordered.

Dated: 10-12-07

_____
D. Lowell Jensen, Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWREY
SIMON
ARNOLD &
WHITE, LLP

Case No. C 00-04069 DLJ
[PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF ULTRATECH, INC.